CULLIN v. ALVORD, Sheriff, et al. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by John K. Cullin against William J. Alvord, as sheriff of Columbia county, N. Y., and others.
PER CURIAM. Motion to dismiss appeal denied, on ground that such proceedings are being had at Special Term that this court ought not now to entertain a motion to dismiss appeal.

CULLIN v. RYDER et al. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) Action by John K. Cullin against Martha R. Ryder and others.
PER CURIAM. Motion to dismiss appeal denied, on ground that such proceedings are

being had at Special Term that this court ought not now to entertain a motion to dismiss appeal.